**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01388-CV

**PREMIER POOLS MANAGEMENT CORP., ET AL., Appellants**

**V.**

**PREMIER POOLS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07182**

## ORDER

We **GRANT** appellants' December 7, 2015 unopposed second motion for an extension of

time to file a reply brief. Appellants shall file a reply brief by **JANUARY 15, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE